Tracy Inokon

23 West 116th Street 3A

New York, NY 10026

December 8, 2025

Re: Case 24-12300

To Whom It May Concern,

Please be advised that I am requesting my bankruptcy case 24-12300, which was completed earlier this year, to be reopened.  I inadvertently left a couple of creditors off the original list.  I did submit an amended filing at the time but it was apparently not successfully added to the case and I did not realize until the creditor contacted me.

Please advise status and next steps.

Sincerely,

Tracy Inokon

646-872-8787