**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Tracy Lynn Inokon<br><br>Debtor. | Chapter 7<br><br>Case No. 24-12300 (MG) |

# ORDER REQUIRING DEBTOR TO PROVIDE ADDITIONAL CREDITOR INFORMATION

Upon the letter ("Letter") of Tracy Inokon (the "Debtor"), as debtor in the above-captioned chapter 7, for an order reopening the bankruptcy case, it is hereby ORDERED:

1. The Debtor shall provide a list of previously omitted creditors including the nature of each claim and when the claim arose.

2. The Debtor shall provide this information no later than December 24, 2025 at 5:00 p.m.

**IT IS SO ORDERED.**

Dated:  December 10, 2025
        New York, New York

                                           /s/ Martin Glenn
                                          MARTIN GLENN
                                    Chief United States Bankruptcy Judge