**Fill in this information to identify the case:**

Debtor 1  Tracy  Lynn  Inokon
          First Name    Middle Name    Last Name

Debtor 2  _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Southern District of New York

Case number  24-12300 (MG)
(If known)

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B), the court orders that the application is:

[✓] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[ ] **Denied.** The debtor must pay the filing fee according to the following terms:

| You must pay… | On or before this date… |
|---|---|
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| + $_____ | _____ Month / day / year |

Total  [        ]

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at _____ AM / PM at _____.
    Month / day / year                                    Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

12/11/2025                    By the court:    /s/ Martin Glenn
Month / day / year                             United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of New York

In re:  Case No. 24-12300-mg
Tracy Lynn Inokon  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1     User: admin     Page 1 of 2
Date Rcvd: Dec 11, 2025     Form ID: pdf001     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tracy Lynn Inokon, 23 West 116th Street, 3A, New York, NY 10026-3573 |
| 8526836 | + | LENDING CLUB CORP - purchased by another lender, 595 MARKET ST STE 200, SAN FRANCISCO, CA 94105-2802 |
| 8526844 | + | NHFC, 4 Columbus Cir 4th floor, New York, NY 10019-1100 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8526822 | + | Email/PDF: bncnotices@becket-lee.com | Dec 11 2025 19:08:27 | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 8526823 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 11 2025 19:01:00 | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 8526825 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Dec 11 2025 19:08:25 | BMW FINANCIAL SERVICES, 5515 PARKCENTER CIR, DUBLIN, OH 43017 |
| 8538560 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 11 2025 19:08:27 | BMW Financial Services NA, LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 8526826 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2025 19:08:27 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 8526819 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 11 2025 19:08:27 | CITICARDS CBNA, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 8526827 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2025 19:01:00 | COMENITY BANK/RH, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 8526831 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2025 19:01:00 | COMENITYCB/OVERSTOCK, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 8526820 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 11 2025 19:08:23 | CREDIT ONE BANK NA, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 8526821 | + | Email/Text: mrdiscen@discover.com | Dec 11 2025 19:01:00 | DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 8526832 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 11 2025 19:08:25 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 8526842 | | Email/Text: eakesc@labcorp.com | Dec 11 2025 19:01:00 | Labcorp, 531 South Spring Street, Burlington, North Carolina 27215 |
| 8526839 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 11 2025 19:01:00 | MIDLAND CREDIT MANAGEM, 320 E BIG BEAVER RD STE, TROY, MI 48083-1238 |
| 8526841 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 11 2025 19:01:00 | MIDLAND CREDIT MANAGEM, Original creditor: CITIBANK N.A., 320 E BIG BEAVER RD STE, TROY, MI 48083-1238 |
| 8526838 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2025 19:08:25 | SYNCB/PC RICHARD, PO BOX 965036, ORLANDO, FL 32896-5036 |

24-12300-mg    Doc 30    Filed 12/13/25    Entered 12/14/25 00:09:16    Imaged
Certificate of Notice    Pg 3 of 3

| District/off: 0208-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 11, 2025 | Form ID: pdf001 | Total Noticed: 18 |
| TOTAL: 15 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8539172 | *+ | BMW Financial Services NA LLC Dept., AIS Portfolio Services LLC, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Togut | altogut@teamtogut.com  jcohen@teamtogut.com;hfajardo@teamtogut.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 2