**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>   Tracy Lynn Inokon<br><br>                                              Debtor. | Chapter 7<br><br>Case No. 24-12300 (MG) |

## ORDER REQUIRING DEBTOR TO PROVIDE ADDITIONAL CREDITOR INFORMATION

Upon the letter ("Letter") of Tracy Inokon (the "Debtor"), as debtor in the above-captioned chapter 7, for an order reopening the bankruptcy case, it is hereby ORDERED:

1. The Debtor shall provide a list of previously omitted creditors including the nature of each claim and when the claim arose.

2. The Debtor shall provide this information no later than December 24, 2025 at 5:00 p.m.

**IT IS SO ORDERED.**

Dated:  December 10, 2025
         New York, New York

                                                     **/s/ Martin Glenn**
                                                    MARTIN GLENN
                                            Chief United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 24-12300-mg |
| Tracy Lynn Inokon | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 15, 2025 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2025:**

**Recip ID          Recipient Name and Address**
db              +  Tracy Lynn Inokon, 23 West 116th Street, 3A, New York, NY 10026-3573

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2025             Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Togut | altogut@teamtogut.com jcohen@teamtogut.com;hfajardo@teamtogut.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 2