Case No. 24-12300

Re: for an order reopening the bankruptcy case

To Whom It May Concern:

Please be advised that the following is the list of previously omitted creditors:

1.  CNY: outstanding bill with medical fertility clinic: July 2019 start of services
    Phone: 844-315-2229
    Email: billing@cnyfertility.com

2.  Embryo Options/CNY Cryo: July 2019 start of services: outstanding storage bill
    Phone: (844) 234-6241
    Email: customerservice@embryooptions.com

3.  EZ Pass: 2022, Account number: 627605266
    Phone: 800-662-1220


I did try to add these creditors to my original case and thought they were included in the discharge but the entry was apparently not made either in time or clerical error on my part which I discovered when I asked to make a donation to their embryo adoption program and they contacted me about the still standing debt.


Sincerely,


Tracy Inokon

646-872-8787