**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>　　　　Tracy Lynn Inokon,<br><br>　　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 24-12300 (MG) |

**ORDER APPROVING DEBTOR'S MOTION**
**TO REOPEN CHAPTER 7 CASE**

　　　　The Court has reviewed the *Motion to Reopen Chapter 7 Case* filed by Tracy Inokon (the "Debtor") in the Chapter 7 case captioned *In re Tracy Lynn Inokon*, Case No. 24-12300 (MG) on December 8, 2025 (the "Motion," ECF Doc. # 26). The Debtor requests that the case be reopened to allow for the inclusion of additional creditors. (*Id.*) On December 10, 2025 the Court entered an order (the "Order," ECF Doc. # 28) requiring the Debtor to provide a list of previously omitted creditors by December 24, 2025 at 5:00 p.m. On December 23, 2025 the Debtor filed a *Letter in Compliance with Order* (the "Letter," ECF Doc. #33) listing three additional creditors.

　　　　Upon the Court's consideration of the Motion and the Letter, the Court hereby **APPROVES** the Debtor's Motion. Filing fee is waived.

**IT IS SO ORDERED.**

Dated:　January 6, 2026
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____/s/ Martin Glenn_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN GLENN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge