Case No. 24-12300

Re: request for account addresses

To Whom It May Concern:

Please be advised that the following is the list of previously omitted creditors with the addresses:

1. CNY: outstanding bill with medical fertility clinic: July 2019 start of services
   Address: **195 Intrepid Lane, Syracuse, NY 13205**
   Phone: 844-315-2229
   Email: billing@cnyfertility.com

2. Embryo Options/CNY Cryo: July 2019 start of services: outstanding storage bill
   Address: **195 Intrepid Lane, Syracuse, NY 13205**
   Phone: (844) 234-6241
   Email: customerservice@embryooptions.com

3. EZ Pass: 2022, Account number: 627605266
   Address: **PO Box 15187, Albany, NY 12212-5187**
   Phone: 800-662-1220


Sincerely,


Tracy Inokon

646-872-8787