**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>　　　　Tracy Lynn Inokon,<br><br>　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 24-12300 (MG) |

### ORDER APPROVING DEBTOR'S MOTION
### TO REOPEN CHAPTER 7 CASE

　　The Court has reviewed the *Motion to Reopen Chapter 7 Case* filed by Tracy Inokon (the "Debtor") in the Chapter 7 case captioned *In re Tracy Lynn Inokon*, Case No. 24-12300 (MG) on December 8, 2025 (the "Motion," ECF Doc. # 26). The Debtor requests that the case be reopened to allow for the inclusion of additional creditors. (*Id.*) On December 10, 2025 the Court entered an order (the "Order," ECF Doc. # 28) requiring the Debtor to provide a list of previously omitted creditors by December 24, 2025 at 5:00 p.m. On December 23, 2025 the Debtor filed a *Letter in Compliance with Order* (the "Letter," ECF Doc. #33) listing three additional creditors.

　　Upon the Court's consideration of the Motion and the Letter, the Court hereby **APPROVES** the Debtor's Motion. Filing fee is waived.

**IT IS SO ORDERED.**

Dated:　January 6, 2026
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ **Martin Glenn**
　　　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN GLENN
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 24-12300-mg |
| Tracy Lynn Inokon | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 06, 2026 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tracy Lynn Inokon, 23 West 116th Street, 3A, New York, NY 10026-3573 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Togut | altogut@teamtogut.com jcohen@teamtogut.com;hfajardo@teamtogut.com;eblander2@teamtogut.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 2