Case No. 24-12300

Re: request for additional creditors

To Whom It May Concern:

Please be advised that the following is two additional previously omitted creditors:

1. NYC Department of Finance: 5/23-2/24 debt incurred
   Amount of debt: $1804.25
   Address: Violation TypeMailing Address
   **Parking Tickets and Camera Violation**
   NYC Department of Finance
   Church Street Station
   P.O. Box 3640
   New York, NY 10008-3640

This creditor was recently left off of my recent reopened case creditor list because of an apparent clerical error when I inquired with the DMV, they had the wrong license plate number listed under my name and told me there was nothing outstanding and then a letter just arrived in the mail contradicting their original statement.

This letter has also been uploaded to the pro se online tool.


Sincerely,


Tracy Inokon

646-872-8787