Re: TRACY INOKON, Debtor

Chapter 7

Case No.24-12300

March 17th, 2026

NOTICE OF NEWLY DISCOVERED POTENTIAL CLAIM AND INTENT TO AMEND SCHEDULE A/B

I am the pro se debtor in Case No.24-12300 in the United States Bankruptcy Court for the Southern District of New York. I recently reopened my Chapter 7 case to add additional creditors, including CNY Fertility.

I write to notify the Court and the Chapter 7 Trustee that I have just become aware of a potential medical malpractice claim against CNY Fertility based on treatment that occurred between November 2020 and July 2024. **Today**, on March 17, 2026, following a medical evaluation and diagnostic results from a new clinical provider, I first obtained medical consensus indicating that my prior treatment at CNY Fertility deviated from the applicable standard of care and was a continuous course of negligence.

I am providing this notice in good faith to ensure full disclosure. I intend to amend Schedule A/B promptly to list a contingent and unliquidated claim described as follows:

Potential medical malpractice claim against CNY Fertility arising from fertility treatment provided between November 2020 and July 2024. Existence of potential claim first recognized March 17, 2026, following new medical evaluation and results. Value unknown and unliquidated.

I am not yet represented by counsel in connection with this potential claim and have not filed any lawsuit. I provide this disclosure now so that the Trustee and Court are fully informed while the case remains open.

Sincerely,

Tracy Inokon