August 16, 2026

Re: TRACY INOKON, Debtor
Chapter 7
Case No. 24-12300

NOTICE REGARDING PREVIOUSLY DISCLOSED POTENTIAL CLAIM

I am the pro se debtor in the above-referenced Chapter 7 case.

On March 17, 2026, I notified the Court and Chapter 7 Trustee that I had become aware of a potential medical malpractice claim against CNY Fertility and intended to amend Schedule A/B to disclose the potential claim.

I have now decided not to pursue this potential claim. I will not pursue or seek recovery in connection with the claim.

Accordingly, I have filed amended schedules removing the previously disclosed potential CNY Fertility claim from Schedule A/B and Schedule C.

I respectfully provide this notice so that the Court and Chapter 7 Trustee have a complete and current record, and request that the administration of my case proceed toward closing.

Sincerely,

Tracy Inokon
Pro Se Debtor