**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Tracy Lynn Inokon,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-12300 (MG) |

**AMENDED ORDER APPROVING DEBTOR'S MOTION**
**TO REOPEN CHAPTER 7 CASE**

This Court has already granted the debtor Tracy Lynn Inokon's (the "Debtor") *Motion to Reopen Chapter 7 Case* filed on December 8, 2025 (the "Motion," ECF Doc. # 26) in this Court's January 6, 2026 order ("Reopening Order" ECF Doc. # 34.) This case was reopened to allow for the inclusion of additional creditors.

Subsequent the entry of the Reopening Order, the Debtor became aware of a medical malpractice action that she is beneficiary of. Given the potential of an additional asset for a trustee to administer for the benefit of creditors, the Court **AMENDS** the prior Reopening Order, and it is hereby

**ORDERD** that the United States Trustee is directed to appoint a Chapter 7 Trustee.

**IT IS SO ORDERED.**

Dated: August 19, 2026
New York, New York

**/s/ Sean H. Lane**
Sean H. Lane
Chief United States Bankruptcy Judge